IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE:
TIME: 6/9/2021
INITIALS:

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) Criminal No. 2:20-cr-20194-MSN |
| PRINCESS TERRY, | ) ) |
| Defendant. | ) ) |

## PLEA AGREEMENT

**The full and complete plea is as follows:**

The following constitutes the Plea Agreement reached between the United States, represented by JOSEPH C. MURPHY, JR., United States Attorney for the Western District of Tennessee, and CHRISTOPHER E. COTTEN, Assistant United States Attorney, and the defendant, PRINCESS TERRY, represented by CONSTANCE COOPER, defense counsel. The defendant agrees that she is pleading guilty as set forth herein because she is guilty of the charges in the counts to which she is pleading.

1. PRINCESS TERRY agrees that she will enter a voluntary plea of guilty to Count 4 of the indictment, which charges her with making false statements relating to a loan application, in violation 18 U.S.C. §1014, and Count 5 of the indictment, which charges her with engaging in monetary transactions in criminally derived property in violation of 18 U.S.C. § 1957. The defendant also consents to criminal forfeiture as set forth in the forfeiture allegations of the indictment.

2. The United States agrees to move to dismiss the remaining counts of the

indictment at sentencing.

3. The United States agrees that it will recommend that the defendant be sentenced to a term at the lowest end of the applicable sentencing range under the U.S. Sentencing Guidelines. The defendant understands that any recommendations made by the United States are not binding on the Court and should the Court not accept the recommendation or request, the defendant nevertheless has no right to withdraw the plea.

4. Given the facts in the possession of the United States at the time of the writing of this agreement, the United States does not oppose the defendant's receiving acceptance of responsibility credit pursuant to U.S.S.G. Section 3E1.1. The defendant understands that if the United States receives information between the signing of this agreement and the time of the sentencing that the defendant has previously engaged in, or if she engages in the future, in conduct inconsistent with the acceptance of responsibility, including, but not limited to, participation in any additional criminal conduct between now and the time of sentencing, this position could change. Further, the defendant understands that whether or not acceptance of responsibility credit pursuant to Section 3E1.1 is granted is a matter to be determined by the Court. Failure of the Court to grant acceptance of responsibility credit is not a basis for PRINCESS TERRY to withdraw her guilty plea.

5. Defendant agrees that for the purpose of restitution, the Court may consider losses derived from the counts of conviction and losses caused from dismissed counts and uncharged conduct of the defendant.

6. Defendant understands that Title 18 United States Code Section 3742 gives

2

her the right to appeal the sentence imposed by the Court. Acknowledging this, defendant knowingly and voluntarily waives her right to appeal her conviction, as well as any sentence imposed by the Court and the manner in which the sentence is determined, if the sentence is within the applicable guideline range or less. This waiver is made in exchange for the concessions made by the United States in this Plea Agreement. The waiver in this paragraph does not apply to claims relating to prosecutorial misconduct and ineffective assistance of counsel.

7. PRINCESS TERRY agrees that this plea agreement constitutes the entire agreement between herself and the United States and that no threats have been made to induce her to plead guilty. By signing this document, PRINCESS TERRY acknowledges that she has read this agreement, has discussed it with her attorney, and understands it.

FOR THE UNITED STATES:

JOSEPH C. MURPHY, JR.
ACTING UNITED STATES ATTORNEY

_____  Date  6/9/21
CHRISTOPHER E. COTTEN
Assistant United States Attorney

FOR THE DEFENDANT:

_____  Date  6/9/21
CONSTANCE COOPER
Defense Counsel

_____  Date  6/9/21
PRINCESS TERRY
Defendant

3